1

2

3

4

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

5

6

7

BOARD OF TRUSTEES OF THE
GLASSWORKERS AND INDUSTRY
HEALTH & SECURITY TRUST FUND, et
al.,

8

9

           Plaintiffs,

    v.

10

GENERAL STOREFRONTS, et al.,

11

           Defendants.

12

NO.  C05-0307 MJP

ORDER OF DISMISSAL OF SURETY
WITHOUT PREJUDICE

13

     PURSUANT to plaintiffs' motion, it is hereby,

14

     ORDERED, ADJUDGED and DECREED that the defendant surety, First National

15

Insurance Company of America, be dismissed from this action without prejudice and without

16

costs to any party.

17

     DATED this __15th _____ day of July, 2005.

18

19

                    ___/s Marsha J. Pechman_____

20

                    Honorable Marsha J. Pechman

21

22

Presented by:

23

*s/ Michael H. Korpi* _____

24

Michael H. Korpi, WSBA #12711
SMITH MCKENZIE ROTHWELL

25

  & BARLOW, P.S.

ORDER GRANTING VOLUNTARY
DISMISSAL WITHOUT PREJUDICE - 1

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

4600 084 gg111802 7/15/05

1   Attorneys for Plaintiff Trusts

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

ORDER GRANTING VOLUNTARY
DISMISSAL WITHOUT PREJUDICE - 2

SMITH McKENZIE
ROTHWELL & BARLOW, P.S.
500 UNION STREET, SUITE 700
SEATTLE, WA 98101
(206) 224-9900

4600 084 gg111802 7/15/05