UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOARD OF TRUSTEES OF THE GLASSWORKERS AND INDUSTRY HEALTH & SECURITY TRUST FUND, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> GENERAL STOREFRONTS, INC., et al., <br><br> Defendant(s). | NO. C05-307P <br><br> ORDER ON MOTION FOR LEAVE TO AMEND COMPLAINT |

The above-entitled Court, having received and reviewed:

1. Plaintiffs' Motion for Leave to Amend Complaint

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS HEREBY ORDERED that the motion is GRANTED.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: September 12, 2005

_____
Marsha J. Pechman
U.S. District Judge

ORD ON - 1